# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

145089

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 145089
                                           COA: 308174
                                           Berrien CC: 2010-004161-FC

TONY DOIRELLE LEWIS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 10, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

h0827